THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON, CANNON, GORMLEY
& DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

THE ESTATE OF TREVON BERTWANE COLE, )
by and through Administrator John T. Keating, )
Esq.; NICHELLE BRATTON, individually; ) CASE NO.: 2:11cv611-GMN-PAL
KALYNN COLE, a minor, by and through her )
Guardian SEQUIOA PEARCE; SEQUIOA )
PEARCE, individually, )
)
)
Plaintiff, )
)
vs. )
)
LAS VEGAS METROPOLITAN POLICE )
DEPARTMENT, a Political Subdivision )
of the State of Nevada; BRYAN YANT, )
individually and in his official capacity; JOHN )
HARNEY, individually and in his official capacity; )
DOUGLAS GILLESPIE, individually and in his )
official capacity as Sheriff of the Las Vegas )
Metropolitan Police Department, )
)
Defendants. )
_____)

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiffs THE ESTATE OF TREVON BERTWANE COLE, by and through Administrator John T. Keating, Esq., NICHELLE BRATTON, KALYNN COLE, a minor, by and through her Guardian SEQUIOA PEARCE and SEQUIOA PEARCE's causes of action be dismissed with prejudice as to Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, BRIAN YANT and JOHN HARNEY, and all parties are to bear their own costs and attorneys fees.

DATED this ___9___ day of February, 2012.

| | |
|---|---|
| OLSON, CANNON, GORMLEY & DESRUISSEAUX | POTTER LAW OFFICES |

_/s/ T.D. Dillard_

THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendants

CAL J. POTTER, III, ESQ.
Nevada Bar No. 001988
1125 Shadow Lane
Las Vegas, Nevada 89102
Attorney for Plaintiff

PARKER SHEER LAGOMARSINO

BROWNSTEIN, HYATT, FARBER & SHRECK

ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 006711
9555 South Eastern Ave., Ste. 210
Las Vegas, Nevada 89123
Attorney for Plaintiff

KIRK LENHARD, ESQ.
Nevada Bar No. 001437
100 N. City Pkwy, # 1600
Las Vegas, Nevada 89106
Attorney for LVMPD Officer Bryan Yant

FREEMAN & ASSOCIATES

ROBERT FREEMAN, JR., ESQ.
Nevada Bar No. 003062
1060 Wigwam Pkwy
Henderson, Nevada 89074
Attorney for LVMPD Officer John Harney

## ORDER

IT IS SO ORDERED that this case, be dismissed with prejudice as to Defendants Las Vegas Metropolitan Police Department, Brian Yant and John Harney, and all parties are to bear their own costs and attorneys fees.

DATED this _____ day of _____, 2012.

_____
HONORABLE UNITED STATES
DISTRICT COURT JUDGE NAVARRO

DATED this ___9___ day of February, 2012.

| OLSON, CANNON, GORMLEY & DESRUISSEAUX | POTTER LAW OFFICES |
|---|---|
| _____<br>THOMAS D. DILLARD, JR., ESQ.<br>Nevada Bar No. 006270<br>9950 West Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>Attorney for Defendants | _____<br>CAL J. POTTER, III, ESQ.<br>Nevada Bar No. 001988<br>1125 Shadow Lane<br>Las Vegas, Nevada 89102<br>Attorney for Plaintiff |
| PARKER SHEER LAGOMARSINO | BROWNSTEIN, HYATT, FARBER & SHRECK |
| _____<br>ANDRE M. LAGOMARSINO, ESQ.<br>Nevada Bar No. 006711<br>9555 South Eastern Ave., Ste. 210<br>Las Vegas, Nevada 89123<br>Attorney for Plaintiff | _____<br>KIRK LENHARD, ESQ.<br>Nevada Bar No. 001437<br>100 N. City Pkwy, # 1600<br>Las Vegas, Nevada 89106<br>Attorney for LVMPD Officer Bryan Yant |

FREEMAN & ASSOCIATES

_____
ROBERT FREEMAN, JR., ESQ.
Nevada Bar No. 003062
1060 Wigwam Pkwy
Henderson, Nevada 89074
Attorney for LVMPD Officer John Harney

## ORDER

IT IS SO ORDERED that this case, be dismissed with prejudice as to Defendants Las Vegas Metropolitan Police Department, Brian Yant and John Harney, and all parties are to bear their own costs and attorneys fees.

DATED this _____ day of _____, 2012.

_____
HONORABLE UNITED STATES
DISTRICT COURT JUDGE NAVARRO

DATED this ___9___ day of February, 2012.

| | |
|---|---|
| OLSON, CANNON, GORMLEY & DESRUISSEAUX | POTTER LAW OFFICES |
| | |
| _____ | _____ |
| THOMAS D. DILLARD, JR., ESQ.<br>Nevada Bar No. 006270<br>9950 West Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>Attorney for Defendants | CAL J. POTTER, III, ESQ.<br>Nevada Bar No. 001988<br>1125 Shadow Lane<br>Las Vegas, Nevada 89102<br>Attorney for Plaintiff |
| | |
| PARKER SHEER LAGOMARSINO | BROWNSTEIN, HYATT, FARBER & SHRECK |
| | |
| _____ | _____ |
| ANDRE M. LAGOMARSINO, ESQ.<br>Nevada Bar No. 006711<br>9555 South Eastern Ave., Ste. 210<br>Las Vegas, Nevada 89123<br>Attorney for Plaintiff | KIRK LENHARD, ESQ.<br>Nevada Bar No. 001437<br>100 N. City Pkwy, # 1600<br>Las Vegas, Nevada 89106<br>Attorney for LVMPD Officer Bryan Yant |
| | |
| FREEMAN & ASSOCIATES | |
| | |
| _____ | |
| ROBERT FREEMAN, JR., ESQ.<br>Nevada Bar No. 003062<br>1060 Wigwam Pkwy<br>Henderson, Nevada 89074<br>Attorney for LVMPD Officer John Harney | |

## ORDER

IT IS SO ORDERED that this case, be dismissed with prejudice as to Defendants Las Vegas Metropolitan Police Department, Brian Yant and John Harney, and all parties are to bear their own costs and attorneys fees.

DATED this _____ day of _____, 2012.


_____
HONORABLE UNITED STATES
DISTRICT COURT JUDGE NAVARRO

DATED this 9 day of February, 2012.

| OLSON, CANNON, GORMLEY & DESRUISSEAUX | POTTER LAW OFFICES |
|---|---|
| THOMAS D. DILLARD, JR., ESQ.<br>Nevada Bar No. 006270<br>9950 West Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>Attorney for Defendants | CAL J. POTTER, III, ESQ.<br>Nevada Bar No. 001988<br>1125 Shadow Lane<br>Las Vegas, Nevada 89102<br>Attorney for Plaintiff |
| PARKER SHEER LAGOMARSINO | BROWNSTEIN, HYATT, FARBER & SHRECK |
| ANDRE M. LAGOMARSINO, ESQ.<br>Nevada Bar No. 006711<br>9555 South Eastern Ave., Ste. 210<br>Las Vegas, Nevada 89123<br>Attorney for Plaintiff | KIRK LENHARD, ESQ.<br>Nevada Bar No. 001437<br>100 N. City Pkwy, # 1600<br>Las Vegas, Nevada 89106<br>Attorney for LVMPD Officer Bryan Yant |

FREEMAN & ASSOCIATES

ROBERT FREEMAN, JR., ESQ.
Nevada Bar No. 003062
1060 Wigwam Pkwy
Henderson, Nevada 89074
Attorney for LVMPD Officer John Harney

## ORDER

IT IS SO ORDERED that this case, be dismissed with prejudice as to Defendants Las Vegas Metropolitan Police Department, Brian Yant and John Harney, and all parties are to bear their own costs and attorneys fees.

DATED this _____ day of _____, 2012.

HONORABLE UNITED STATES
DISTRICT COURT JUDGE NAVARRO