THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON, CANNON, GORMLEY
& DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
Attorney for Defendant
Douglas Gillespie

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| THE ESTATE OF TREVON BERTWANE COLE, by and through Administrator John T. Keating, Esq.; NICHELLE BRATTON, individually; KALYNN COLE, a minor, by and through her Guardian SEQUIOA PEARCE; SEQUIOA PEARCE, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; BRYAN YANT, individually and in his official capacity; JOHN HARNEY, individually and in his official capacity; DOUGLAS GILLESPIE, individually and in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department,<br><br>Defendants. | CASE NO.: 2:11cv611-GMN-PAL |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiffs THE ESTATE OF TREVON BERTWANE COLE, by and through Administrator John T. Keating, Esq., NICHELLE BRATTON, KALYNN COLE, a minor, by and through her Guardian SEQUIOA PEARCE and SEQUIOA PEARCE's causes of action be dismissed with prejudice as to Defendant DOUGLAS GILLESPIE, and all parties are to bear their own costs and attorneys fees.

DATED this 30th day of January, 2013.

| OLSON, CANNON, GORMLEY ANGULO & STOBERSKI | POTTER LAW OFFICES |
|---|---|
| /s/ Thomas D. Dillard | /s/ Cal J. Potter, III |
| THOMAS D. DILLARD, JR., ESQ. | CAL J. POTTER, III, ESQ. |
| Nevada Bar No. 006270 | Nevada Bar No. 001988 |
| 9950 West Cheyenne Avenue | 1125 Shadow Lane |
| Las Vegas, Nevada 89129 | Las Vegas, Nevada 89102 |
| Attorney for Defendant Douglas Gillespie | Attorney for Plaintiff |

PARKER SHEER LAGOMARSINO

/s/ Andre M. Lagomarsino
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 006711
9555 South Eastern Ave., Ste. 210
Las Vegas, Nevada 89123
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

**DATED** this 31st day of January, 2013.

_____
Gloria M. Navarro
United States District Judge