THOMAS D.  DILLARD, JR., ESQ.
Nevada Bar No.  006270
OLSON, CANNON, GORMLEY
& DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone:  (702) 384-4012
Facsimile:  (702) 383-0701
Attorney for Defendant
Douglas Gillespie

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| THE ESTATE OF TREVON BERTWANE COLE, by and through Administrator John T. Keating, Esq.; NICHELLE BRATTON, individually; KALYNN COLE, a minor, by and through her Guardian SEQUIOA PEARCE; SEQUIOA PEARCE, individually, | ) ) ) ) CASE NO.: 2:11cv611-GMN-PAL ) ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; BRYAN YANT, individually and in his official capacity; JOHN HARNEY, individually and in his official capacity; DOUGLAS GILLESPIE, individually and in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiffs THE ESTATE OF TREVON BERTWANE COLE, by and through Administrator John T. Keating, Esq., NICHELLE BRATTON, KALYNN COLE, a minor, by and through her Guardian SEQUIOA PEARCE and SEQUIOA PEARCE's causes of action be dismissed with prejudice as to Defendant DOUGLAS GILLESPIE, and all parties are to bear their own costs and attorneys fees.

Law Offices of
OLSON, CANNON, GORMLEY & DESRUISSEAUX
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012   Telecopier (702) 383-0701

DATED this __30th__ day of January, 2013.

OLSON, CANNON, GORMLEY                    POTTER LAW OFFICES
ANGULO & STOBERSKI


/s/ *Thomas D. Dillard*                   /s/ Cal J. Potter, III
THOMAS D. DILLARD, JR., ESQ.             CAL J. POTTER, III, ESQ.
Nevada Bar No. 006270                    Nevada Bar No. 001988
9950 West Cheyenne Avenue                1125 Shadow Lane
Las Vegas, Nevada 89129                  Las Vegas, Nevada 89102
Attorney for Defendant                   Attorney for Plaintiff
Douglas Gillespie


PARKER SHEER LAGOMARSINO


/s/ Andre M. Lagomarsino
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 006711
9555 South Eastern Ave., Ste. 210
Las Vegas, Nevada 89123
Attorney for Plaintiff


## ORDER

IT IS SO ORDERED.

**DATED** this 31st day of January, 2013.

_____
Gloria M. Navarro
United States District Judge

Law Offices of
OLSON, CANNON, GORMLEY & DESRUISSEAUX
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012   Telecopier (702) 383-0701